No. 9111. ADMINISTRATOR OF THE ESTATE OF PRUDENCIO AGORRETA, Deceased, RESPONDENT, v. STATE OF MONTANA, APPELLANT.

Decided Oct. 15, 1951.

236 Pac. (2d) 101.

*Arnold H. Olsen,* Atty. Gen., *J. J. McCaffery, Jr.,* Asst. Atty. Gen., for Appellant.

*Wilbur P. Werner,* Cut Bank, *D. W. Doyle,* Conrad, for Respondent.

MR. CHIEF JUSTICE ADAIR:

The Attorney General Arnold H. Olsen and Assistant Attorney General J. J. McCaffery, Jr., having filed with the clerk of this court a written praecipe to dismiss the above appeal;

It is ordered that said appeal be and it is dismissed with prejudice.